```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                      2:19-cr-234
                                        Chief Judge Marbley

Logan C. Venham

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 28) that the defendant's guilty plea be accepted.  The Court accepts the defendant's plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on this count.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 16, 2020                      s\Algenon L. Marbley
                                          Algenon L. Marbley
                                          Chief United States District Judge